Cristina Perez Hesano (#027023)
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, Arizona 85301
Phone: (602) 730-7100
Fax: (602) 794-6956
cperez@perezlawgroup.com

*(Additional Counsel listed below)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Hulewat, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-377-PHX-SMM<br><br>Date Filed: February 23, 2024<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE** |
| Marie Montoya, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-382-PHX-DWL<br><br>Date Filed: February 23, 2024 |

| | |
|---|---|
| Apex Law, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-394-PHX-DWL<br><br>Date Filed: February 27, 2024 |
| Lakshminarasimha Moudgal, Rob Ahrensdorf, and Annette Morgel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-401-PHX-DTL<br><br>Date Filed: February 27, 2024<br>Amended Complaint Filed: March 7, 2024 |
| David Baehr, Marilyn Zajacka, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-404-PHX-JZB<br><br>Date Filed: February 27, 2024 |

2

| | |
|---|---|
| Lynda Israel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-405-PHX-CDB<br><br><br>Date Filed: February 27, 2024 |
| Candia Franklin, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-408-PHX-DJH<br><br><br>Date Filed: February 27, 2024 |
| Raiza Ribeiro, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-410-PHX-DMF<br><br><br>Date Filed: February 27, 2024 |

| | |
|---|---|
| David Yaeger, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-414-PHX-JZB<br><br><br>Date Filed: February 28, 2024 |
| Steven Daley, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-415-PHX-SMB<br><br><br>Date Filed: February 28, 2024 |
| Charles Peterson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-442-PHX-JFM<br><br><br>Date Filed: March 1, 2024 |

| | |
|---|---|
| William Castona, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-459-PHX-SPL<br><br><br>Date Filed: March 4, 2024 |
| Ralph Gallegos, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-463-PHX-DJH<br><br><br>Date Filed: March 5, 2024 |
| Brenda Moreno-Decerra, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-465-PHX-SMM<br><br><br>Date Filed: March 5, 2024 |

| | |
|---|---|
| Karen Foti Williams, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Medical Management Resource Group LLC, dba American Vision Partners,<br><br>Defendant. | Case No.: 2:24-cv-472-PHX-CDB<br><br>Date Filed: March 6, 2024 |

Pursuant to Federal Rule of Procedure 42, Plaintiff Linda Hulewat (the "Moving Plaintiff"), and the Plaintiffs in fourteen related cases, *Montoya v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-382 ("*Montoya*"), *Law v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-394 ("*Law*"), *Moudgal et al. v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-401 ("*Moudgal*"), *Baehr et al. v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-404 ("*Baehr*"), *Israel v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-404 ("*Israel*") *Franklin v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-408 ("*Franklin*"), *Ribeiro v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-410 ("*Ribeiro*"), *Yaeger v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-414 ("*Yaeger*"), *Daley v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.:

6

2:24-cv-415 ("*Daley*"), *Peterson v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-442 ("*Peterson*"), *Castona v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-459 ("*Castona*"), *Gallegos v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-463 ("*Gallegos*"), *Moreno-Decerra v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-465 ("*Morena-Decerra*"), *Williams v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-472 ("*Williams*") with common questions of facts and law that are currently pending before this Court (collectively, the "Related Actions"), respectfully request that the Court consolidate the *Montoya, Law, Moudgal, Baehr, Israel, Franklin, Ribeiro, Yaeger, Daley*, *Peterson, Castona, Gallegos, Morena-Decerra,* and *Williams* actions into the first-filed action, *Hulewat v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-377 ("*Hulewat*") (together these actions are referred to as the "Related Actions").

### I. PROCEDURAL BACKGROUND

On February 23, 2024, the Moving Plaintiff filed a class action complaint against Medical Management Resource Group LLC, dba American Vision Partners ("American Vision") alleging various claims arising from a data breach that occurred on American Vision's systems and was discovered on November 14, 2023 (the "Data Breach"). *Hulewat*, Doc. 1, ¶ 6. Later that same day, on February 23, Plaintiff Montoya filed a class action

7

complaint against American Vision arising from the same Data Breach and alleging similar claims as the *Hulewat* suit. *Montoya*, Doc. 1. Between February 27 and March 6, 2024, thirteen additional cases were filed (*Law, Moudgal, Baehr, Israel, Franklin, Ribeiro Yaeger, Daley*, *Peterson*, *Castona*, *Gallegos*, *Moreno-Decerra*, and *Williams*).

Plaintiff's counsel has conferred with counsel for Defendant, who confirmed that Defendant does not oppose the relief sought in this motion. A proposed order is submitted for the Court's consideration.

## II.     LEGAL STANDARD

Consolidation of actions in federal court is governed by Rule 42(a) of the Federal Rules of Civil Procedure, which provides:

> If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay.

Additionally, L.R. Civ. 42.1 provides that motions for consolidation may be filed in the lowest numbered action.

The Court has "broad discretion" to determine whether to consolidate cases in this district and must weigh the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Caron v. Caesars Ent. Corp.*, No. CV-19-05922-PHX-MTL, 2020 WL 1323105, at *2 (D. Ariz. Mar. 20, 2020) (citations omitted).

### III. THE RELATED ACTIONS MAKE COMMON LEGAL AND FACTUAL ALLEGATIONS

Each of the Related Actions arise from the same Data Breach and advance the same or similar theories of liability, among other various claims, including the following causes of action: (i) negligence, (ii) negligence *per se*, (iii) breach of implied contract; (iv) violation of the Arizona Consumer Fraud Act, (v) invasion of privacy, (vi) unjust enrichment; and (vii) declaratory and injunctive relief. Moreover, each Related Action seeks Class Action certification. To the extent the Court permits consolidation, Plaintiffs will work together to submit one consolidated class action complaint on behalf of the Plaintiffs and the putative Class.

### IV. THE RELATED ACTIONS SHOULD BE CONSOLIDATED TO REDUCE COSTS AND DELAY

Here, each case is in its infancy. Plaintiffs in the Related Actions agree that consolidation of their claims into one action for both pre-trial proceedings and trial is not only appropriate, but necessary to avoid duplicative efforts and potentially conflicting rulings. To allow these cases to proceed as separate matters would waste judicial resources as the cases are currently pending before multiple different judges.

Indeed, if not consolidated, the separate Related Actions would result in virtually identical discovery requests, duplicative motions practice, and would cause an unnecessary drain on judicial resources. To be sure, data breach cases are routinely consolidated in federal courts around the country. As explained in *Kaplan v. 21st Century Oncology*

*Holdings, Inc.*, where the court granted a motion to consolidate various class complaints in a cyberattack and data breach case:

> Applying the relevant factors from *Hendrix*, the Undersigned first finds that there is a substantial threat of inconsistent adjudications of common factual and legal issues if the cases are allowed to proceed separately. As stated above, all of the cases are pled as class actions and all of the cases allege a negligence claim. The majority of the cases share other substantive claims as well.…
>
> Second, the Undersigned finds that the burden on parties, witnesses, and available judicial resources will be substantially lessened by consolidation. *Id.* On this point, the Court notes that all of the named Defendants in the thirteen related cases are represented by the same counsel of record and none of the Defendants have objected to consolidation for pretrial purposes. Further, no named Plaintiffs in any of the cases have objected to consolidation for pretrial purposes. Moreover, the Undersigned finds that judicial resources will be substantially conserved by administering one consolidated case for pretrial purposes rather than proceeding with thirteen separate cases.
>
> Third, the length of time required to conclude a consolidated lawsuit instead of multiple suits is likely to be significantly lessened and, therefore, weighs in favor of consolidation.
>
> Finally, the relative expense to all parties concerned—particularly with regard to discovery—is highly likely to be lessened by litigating in one consolidated case rather than litigating in thirteen separate cases.
>
> Accordingly, consolidation of these cases not only serves to satisfy the standards set forth in Fed. R. Civ. P. 42(a), Local Rule 1.04(c), and *Hendrix*, but also to "secure the just, speedy, and inexpensive determination" of these proceedings.

*Kaplan v. 21st Century Oncology Holdings, Inc.*, No. 2:16-cv-210, 2016 WL 9383330, at *2-3 (M.D. Fla. July 21, 2016), report and recommendation adopted, No. 2:16-cv-210, 2016 WL 4204781 (M.D. Fla. Aug. 10, 2016); *see also Griffey v. Magellan Health Inc.*,

10

No. CV-20-01282-PHX-MTL, 2020 WL 5981904, at *2 (D. Ariz. Oct. 8, 2020) (consolidating data breach cases).

Consolidation and reassignment will streamline the fifteen Related Actions, promoting judicial economy and efficiency. Moreover, consolidation imposes no prejudice on Defendant as it will allow for a coordinated process for responding to and litigating each of the related matters.

### V.   FUTURE-FILED RELATED CASES SHOULD BE CONSOLIDATED

To ensure continued judicial efficiency, Plaintiffs respectfully request that the Court order any future actions that are filed or transferred to this Court based on the same or similar facts and circumstances be consolidated in a master action: *In re American Vision Partners Data Breach Litig.*, Case No.: 2:24-cv-00377. *See, e.g.*, *In re Life Partners Holdings, Inc.*, No. DR-11-CV-43-AM, 2012 WL 12875942, at *1 (W.D. Tex. May 9, 2012) ("future cases 'arising out of the same or substantially the same transactions or events as the above captioned cases' shall be united into the consolidated case.").

### VI.   CASE SCHEDULE

Plaintiffs propose that any attorney who has filed an action in this litigation may file a combined motion and brief in support of appointment as Interim Class Counsel either individually or as part of a proposed leadership structure. All motions must be filed in the Consolidated Action, no later than 5 p.m. Mountain Time, fourteen (14) calendar days from the date of entry of an order consolidating the Related Actions. Each leadership application

11

shall not exceed ten (10) pages and may include a resume no longer than three (3) pages. There will be no response briefs permitted. The Court may hold a hearing on the applications or appoint interim counsel based on timely written submissions only.

Plaintiffs also propose that Defendant's deadline to respond to the complaints in each of the above-captioned cases is stayed pending the filing of a single Consolidated Complaint.

## VII.   CONCLUSION

Accordingly, the Moving Plaintiff requests that the Court enter an order consolidating the Related Actions in the first-filed case: *Hulewat*, under the master case caption *In re American Vision Partners Data Breach Litig.*, Case No.: 2:24-cv-00377, order that all future filed related actions filed in or transferred to this district be consolidated in this master case as well, and order that applications for appointment of Interim Class Counsel be filed within fourteen (14) days of an order on this motion for consolidation.

Dated: March 14, 2024.

                                          Respectfully Submitted,

                                        */s/ Cristina Perez Hesano*
                                        Cristina Perez Hesano (#027023)
                                        cperez@perezlawgroup.com
                                        **PEREZ LAW GROUP, PLLC**
                                        7508 N. 59th Avenue
                                        Glendale, AZ 85301
                                        Telephone: (602) 730-7100
                                        Fax: (623) 235-6173

|   |   |
|---|---|
| 1 | Gary M. Klinger (*Pro Hac Vice granted*) |
| 2 | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC |
| 3 | 227 W. Monroe Street, Suite 2100 |
|   | Chicago, IL 60606 |
| 4 | Phone: (866) 252-0878 |

*Counsel for Plaintiff Hulewat*

Samuel J. Strauss (*Pro Hac Vice granted*)
Raina Borrelli (*Pro Hac Vice granted*)
**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

*Counsel for Plaintiff Montoya*

Laura Van Note, Esq. (C.A. S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: lvn@colevannote.com

*Counsel for Plaintiff Law*

Terence R. Coates (*Pro Hac Vice granted*)
Jonathan T. Deters  (*Pro Hac Vice granted*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513.651.3700
Fax: 513.665.0219
*tcoates@msdlegal.com*
*jdeters@msdlegal.com*

13

*Counsel for Plaintiff Moudgal*

Elaine A. Ryan (AZ Bar #012870)
**AUER RYAN, P.C.**
20987 N. John Wayne Parkway, #B104-374
Maricopa, AZ 85139
Telephone: (520) 7005-7332
eryan@auer-ryan.com

Norman E. Siegel*
J. Austin Moore*
Stefon J. David*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
david@stuevesiegel.com

*Counsel for Plaintiffs Baehr and Zajacka*

Daniel O. Herrera*
Nickolas J. Hagman*
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

*Counsel for Plaintiff Israel*

14

Ben Barnow (*Pro Hac Vice granted*)
b.barnow@barnowlaw.com
Anthony L. Parkhill (*Pro Hac Vice granted*)
aparkhill@barnowlaw.com
**BARNOW AND ASSOCIATES, P.C.**
205 W. Randolph Street, Suite 1630
Chicago, IL 60606
Tel: 312-621-2000

*Counsel for Plaintiff Franklin*

Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Tel: (305) 479-2299

*Counsel for Plaintiff Ribeiro*

Kenneth J. Grunfeld*
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel: (954) 525-4100
grunfeld@kolawyers.com

*Counsel for Plaintiff Yaeger*

Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Counsel for Plaintiff Daley*

15

Elaine A. Ryan (AZ Bar No. 012870)
Colleen M. Auer (AZ Bar No. 014637)
**AUER RYAN, P.C.**
20987 N. John Wayne Parkway, #B104-374
Maricopa, AZ 85139
(520) 705-7332
eryan@auer-ryan.com
cauer@auer-ryan.com

Jean S. Martin*
North Carolina Bar No. 25703
Francesca K. Burne*
Florida Bar No. 1021991
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 559-4908
Facsimile: (813) 222-4795
jeanmartin@forthepeople.com
fburne@forthepeople.com

*Counsel for Plaintiff Peterson*

Hart L. Robinovitch (AZ #020910)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com

Brian C. Gudmundson*
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
James J. Pizzirusso*

16

**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
jpizzirusso@hausfeld.com

Steven M. Nathan*
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322
snathan@hausfeld.com

*Counsel for Plaintiff Castona*

Mark S. Reich*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com

*Counsel for Plaintiff Gallegos*

**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
chris@bendaulaw.com

17

**LYNCH CARPENTER, LLP**
Gary F. Lynch *
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel.: (412) 322-9243
gary@lcllp.com

*Counsel for Plaintiff Moreno-Decerra*

Hart L. Robinovitch (AZ #020910)
hart.robinovitch@zimmreed.com
**ZIMMERMAN REED LLP**
14648 North Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400

Brian C. Gudmundson*
brian.gudmundson@zimmreed.com
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

Kim D. Stephens, P.S.*
Cecily C. Jordan*
kstephens@tousley.com
cjordan@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: 206-682-5600
Facsimile: 206-682-2992

*Counsel for Plaintiff Williams*

*** pro hac vice forthcoming**

18

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

                                                */s/ Cristina Perez Hesano*
                                                Cristina Perez Hesano (#027023)