**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Hulewat,<br>Plaintiff,<br>v.<br>Medical Management Resource Group LLC,<br>Defendant. | No. CV-24-00377-PHX-DJH<br>**ORDER** |

Plaintiff Linda Hulewat ("Plaintiff") has filed an unopposed Motion to Consolidate this case with several other similar cases pending in this district under Federal Rule of Civil Procedure 42. (Doc. 10; *see also* Supplement to Motion to Consolidate at Doc. 15 ). The plaintiffs of these other cases join in Plaintiff's Motion to Consolidate. (Doc. 10 at 6). Plaintiff also requests that the Court order that applications for appointment of Interim Class Counsel be filed within fourteen days of this Order.[1] (*Id*. at 12). Plaintiff argues that the following cases should be consolidated with her case:

- *Montoya v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-382-DWL ("*Montoya*");
- *Law v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-394-DTL;
- *Moudgal et al. v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-401-DTL;
- *Baehr et al. v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-404-JZB;

[1] The Court will address this request at a later, more appropriate, date.

- *Israel v. Medical Management Resource Group LLC, dba American Vision Partners*, No.: 2:24-cv-405-CDB;
- *Franklin v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-408-DJH;
- *Ribeiro v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-410-DMF;
- *Yaeger v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-414-JZB;
- *Daley v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-415-SMB;
- *Peterson v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-442-JFM;
- *Castona v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-459-SPL;
- *Gallegos v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-463-DJH;
- *Moreno-Decerra v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-465-SMM
- *Williams v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-472-CDB;
- *Pelt v. Medical Management Group, LLC dba American Vision Partners*, Case No. 2:34- cv-00564-SPL; and
- *Anderson v. Medical Management Group, LLC dba American Vision Partners*, Case No. 2:34-cv-00628-DLR

(Doc. 10 at 5–6; 15 at 6). For the reasons set forth below, the Court will grant Plaintiff's Motion and Supplement. (Docs. 10 & 15).

Plaintiff argues that consolidation is proper because all of these cases "arise from the same Data Breach and advance the same or similar theories of liability" and all include the same claims for: "(i) negligence, (ii) negligence per se, (iii) breach of implied contract; (iv) violation of the Arizona Consumer Fraud Act, (v) invasion of privacy, (vi) unjust enrichment; and (vii) declaratory and injunctive relief." (Doc. 10 at 9). Plaintiff also states that all of these actions seek class action certification. (*Id.*)

Rule 42(a)(2) of the Federal Rules of Civil Procedure states that if an action before

the court "involves a common question of law or fact" the court may consolidate the actions. Fed. R. Civ. P. 42(a)(2). District courts have "broad discretion" under Rule 42 "to consolidate cases pending in the same district." *Invs. Research Co. v. U.S. Dist. Ct. for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989). District courts should also construe and administer the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. The Local Rules provide several factors that may be considered in determining the judge to whom the case or cases will be assigned, including: "(1) whether substantive matters have been considered in a case; (2) which Judge has the most familiarity with the issues involved in the cases; (3) whether a case is reasonably viewed as the lead or principal case; or (4) any other factor serving the interest of judicial economy." LRCiv 42.1(d).

After reviewing the complaints in each case, the Court finds that the cases identified by Plaintiff should be consolidated into one action. The complaints in each case involve common questions of law and fact, although some of the complaints bring causes of action that others do not.[2] Fed. R. Civ. P. 42(a)(2). Furthermore, none of the cases have had substantive matters considered yet, which bolsters the Court's decision to consolidate them. *See* LRCiv 42.1(d)(1). From this, the Court finds that consolidation would "secure the just, speedy, and inexpensive determination of" these actions. Fed. R. Civ. P. 1.

Finally, Plaintiff filed her case first, therefore, this case is "reasonably viewed as the lead or principal case." LRCiv 42.1(d)(3). Given the above, the Court finds that consolidation is proper and that assigning the consolidated case to itself would also be proper. *See* Fed. R. Civ. P. 42(a); *Hall v. Medicis Pharm. Corp.*, 2009 WL 648626, at *2 (D. Ariz. Mar. 11, 2009) (citing LRCiv 42.1) (assigning consolidated cases to the court who considered the motion for consolidation and was assigned the case that was filed first).

Accordingly,

**IT IS ORDERED** that Plaintiffs' Unopposed Motion to Consolidate Cases (Doc. 10) and Supplement to its Motion to Consolidate (Doc. 15) are **GRANTED**.

---

[2] The claims noted by Plaintiff as "the same" encompass the vast majority of claims that have been alleged in all of these cases. (Doc. 10 at 9).

**IT IS ALSO ORDERED** that the Clerk of Court shall kindly consolidate the following matters into one matter under cause number 2:24-cv-00377-DJH:

- *Montoya v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-382-DWL ("*Montoya*");
- *Law v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-394-DTL;
- *Moudgal et al. v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-401-DTL;
- *Baehr et al. v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-404-JZB;
- *Israel v. Medical Management Resource Group LLC, dba American Vision Partners*, No.: 2:24-cv-405-CDB;
- *Franklin v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-408-DJH;
- *Ribeiro v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-410-DMF;
- *Yaeger v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-414-JZB;
- *Daley v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-415-SMB;
- *Peterson v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-442-JFM;
- *Castona v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-459-SPL;
- *Gallegos v. Medical Management Resource Group LLC, dba American Vision Partners*, Case No.: 2:24-cv-463-DJH;
- *Moreno-Decerra v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-465-SMM
- *Williams v. Medical Management Resource Group LLC, dba American Vision Partners,* Case No.: 2:24-cv-472-CDB;
- *Pelt v. Medical Management Group, LLC dba American Vision Partners*, Case No. 2:34- cv-00564-SPL; and
- *Anderson v. Medical Management Group, LLC dba American Vision Partners*, Case No. 2:34-cv-00628-DLR

**IT IS FINALLY ORDERED** that all future filings pertaining to these cases shall be filed in this matter: *Hulewat v. Medical Management Resource Group LLC*, Case No. 2:24-cv-00377-DJH

Dated this 24th day of April, 2024.

Honorable Diane J. Humetewa
United States District Judge