Cristina Perez Hesano (#027023)
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, Arizona 85301
Phone: (602) 730-7100
Fax: (602) 794-6956
cperez@perezlawgroup.com

(Additional Counsel listed below)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Hulewat, Karen Foti Williams; Ralph Gallegos; Michael Martinez; Lynnae Anderson; Candia Franklin; Marie Therese Montoya; Charles Peterson; Robert Kirk; Marilyn Zajacka; Lynda Israel; Latricia Pelt; Barry Pelt; Ken Waters; Brenda Moreno-Decerra; Robert Ahrensdorf; and David Yeager; individually, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Medical Management Resource Group, L.L.C.; Barnet Dulaney Perkins Eye Center, PC; Marc Ellman, M.D., P.A. d/b/a Southwest Eye Institute; Southwestern Eye Center, Ltd.; Eye Associates of Nevada d/b/a Wellish Vision Institute,<br><br>Defendants. | Case No.: 2:24-cv-00377-DJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF CANDIA FRANKLIN** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Candia Franklin hereby voluntarily dismisses her claims in the above-captioned action without prejudice. Plaintiff Candia Franklin's voluntary dismissal does not affect the claims of the other Plaintiffs in this litigation or the claims of the putative class.

Dated: October 31, 2024.

Respectfully submitted,

/s/ Cristina Perez Hesano

Cristina Perez Hesano (#027023)
cperez@perezlawgroup.com
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.730.7100
Fax: 623.235.6173

Gary M. Klinger *(pro hac vice)*
**MILBER COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

Raina C. Borrelli *(pro hac vice)*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
Email: raina@ straussborrelli.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the assigned Judge and CM/ECR registrants.

/s/ Cristina Perez Hesano