Cristina Perez Hesano (#027023)
PEREZ LAW GROUP, PLLC
7508 N. 59th Avenue
Glendale, Arizona 85301
Phone: (602) 730-7100
Fax: (602) 794-6956
cperez@perezlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*
[Additional Counsel Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Linda Hulewat; Karen Foti Williams; Ralph Gallegos; Michael Martinez; Lynnae Anderson; Marie Therese Montoya; Charles Peterson; Robert Kirk; Marilyn Zajacka; Lynda Israel; Latricia Pelt; Barry Pelt; Ken Waters; Brenda Moreno-Decerra; Robert Ahrensdorf;** and **David Yeager**; individually, and all others similarly situated,<br>                              Plaintiffs,<br><br>v.<br><br>**Medical Management Resource Group, L.L.C.; Barnet Dulaney Perkins Eye Center, PC; Marc Ellman, M.D., P.A.** d/b/a **Southwest Eye Institute; Southwestern Eye Center, Ltd.;** and **Eye Associates of Nevada** d/b/a **SWEC Vision Institute**,<br>                              Defendants. | Case No. 2:24-cv-00377-DJH<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY** |

Plaintiffs in the consolidated actions and Defendants Medical Management Resource Group, L.L.C.; Barnet Dulaney Perkins Eye Center, PC; Marc Ellman, M.D., P.A. d/b/a Southwest Eye Institute; Southwestern Eye Center, Ltd.; and Eye Associates of Nevada d/b/a SWEC Vision Institute, hereby notify the Court that they have reached

JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

agreement on the material terms of a class settlement in this matter. To allow the Parties sufficient time to negotiate and draft a full settlement agreement, and for Plaintiffs to prepare a motion for preliminary approval of the class settlement, the Parties ask that the Court continue the stay of all case deadlines for 45 days, at which time Plaintiffs shall move for preliminary approval of the class settlement or the Parties shall provide the Court with a joint status report on settlement.

WHEREFORE, the Parties respectfully request that the Court stay litigation deadlines for 45 days, at which time Plaintiffs shall move for preliminary approval of the class settlement or the Parties shall provide the Court with a joint status report on settlement.

Dated: August 28, 2025

/s/ Raina C. Borrelli
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Cristina Perez Hesano (#027023)
cperez@perezlawgroup.com
PEREZ LAW GROUP, PLLC
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.730.7100
Fax: 623.235.6173

Elaine A. Ryan (AZ Bar No. 012870)
Colleen M. Auer (AZ Bar No. 014637)
AUER RYAN, P.C.
20987 N. John Wayne Pkwy.

Dated: August 28, 2025

/s/ Benjamin John Naylor
Benjamin John Naylor
Tyler J. Wills
SNELL & WILMER LLP
1 E Washington St., Ste. 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
bnaylor@swlaw.com
twills@swlaw.com

Craig Joel Mariam
GORDON & REES LLP
633 W 5th St., Ste. 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (877) 306-0043
cmariam@gordonrees.com

*Attorneys for Defendants*

JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY – 1

Suite B104-374
Maricopa, AZ 85139
Telephone: (520) 705-7332
Email: eryan@auer-ryan.com
Email: cauer@auer-ryan.com

Gary M. Klinger *(pro hac vice)*
MILBER COLEMAN BRYSON
PHILLIPS GROSSMAN LLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

Raina C. Borrelli *(pro hac vice)*
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
Email: raina@straussborrelli.com

Terence R. Coates *(pro hac vice)*
Jonathan T. Deters *(pro hac vice)*
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
Email: tcoates@msdlegal.com
Email: jdeters@msdlegal.com

Norman E. Siegel *(pro hac vice)*
J. Austin Moore *(pro hac vice)*
Stefon J. David *(pro hac vice)*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Email: siegel@stuevesiegel.com
Email: moore@stuevesiegel.com
Email: david@stuevesiegel.com

Amanda Boltax *(pro hac vice)*
HAUSFELD LLP

888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: aboltax@hausfeld.com

Patrick Donathen *(pro hac vice)*
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: patrick@lcllp.com

Nickolas J. Hagman *(pro hac vice)*
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 S. LaSalle, Ste. 3210
Chicago, IL 60603
Phone: (312) 782-4880
Email: nhagman@caffertyclobes.com

Cecily C. Jordan *(pro hac vice)*
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: cjordan@tousley.com

Charles E. Schaffer *(pro hac vice)*
LEVIN SEDRAN & BERMAN LLP
510 Walnut St., Ste 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Email: cschaffer@lfsblaw.com

*Attorneys for Plaintiffs and the Proposed Class*

JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY – 3

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on August 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 28th day of August, 2025.

> STRAUSS BORRELLI PLLC
>
> By: */s/ Raina C. Borrelli*
> Raina C. Borrelli
> raina@straussborrelli.com
> STRAUSS BORRELLI PLLC
> One Magnificent Mile
> 980 N Michigan Avenue, Suite 1610
> Chicago IL, 60611
> Telephone: (872) 263-1100
> Facsimile: (872) 263-1109

JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY – 4